UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FRED TANTALO, JR.,

     Plaintiff,

v.                                                            Case No. 6:26-cv-1223-RBD-NWH

DEPUTY ANGEL BELTRAN, et al.,

     Defendants.

## LOCAL RULE 3.03 DISCLOSURE STATEMENT

I hereby disclose the following pursuant to Local Rule 3.03:

1.     Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

**RESPONSE:**

- Beltran, Angel (Defendant);

- Law Offices of Darryl A. Goldberg (Attorneys for Plaintiff);

  - Goldberg, Darryl A. (Attorney for Plaintiff);

- Slater Legal PLLC (Attorneys for Plaintiff);

  - Slater, James M. (Attorney for Plaintiff);

- Tantalo, Jr., Fred (Plaintiff);

- Tineo, Alfred (Defendant);

- Torres, Cristian (Defendant);

- Sherotski, Michael (Defendant).

2.      Each entity with publicly traded shares or debt potentially affected by the outcome:

**RESPONSE:** None.

3.      Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

**RESPONSE:** None.

4.      Each person arguably eligible for restitution:

**RESPONSE:** Plaintiff seeks damages, costs, and attorneys' fees.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: June 4, 2026

Respectfully submitted,

_/s/ James M. Slater*_
James M. Slater (FBN 111779)
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345

2

Tel. (404) 458-7283
james@slater.legal

Darryl A. Goldberg (FBN 761311)
Law Offices of Darryl A. Goldberg
33 N. Dearborn St., Suite 1830
Chicago, Illinois 60602
Tel. (773) 793-3196
dgoldberg@goldbergdefense.com

*Attorneys for Plaintiff Fred Tantalo, Jr.*

*\*Lead Counsel*