UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FRED TANTALO, JR.,

     Plaintiff,

v.                                                                    Case No. 6:26-cv-1223-RBD-NWH

DEPUTY ANGEL BELTRAN, et al.,

     Defendants.

## NOTICE OF RELATED ACTION

Under Local Rule 1.07(c), I certify that the above-captioned case:

☐    **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

☒    **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Dated: June 16, 2026

                                     Respectfully submitted,

                                     */s/ James M. Slater\**
                                     James M. Slater (FBN 111779)
                                     Slater Legal PLLC
                                     2296 Henderson Mill Rd NE #116
                                     Atlanta, Georgia 30345
                                     Tel. (404) 458-7283
                                     james@slater.legal

                                     Darryl A. Goldberg (FBN 761311)
                                     Law Offices of Darryl A. Goldberg

33 N. Dearborn St., Suite 1830
Chicago, Illinois 60602
Tel. (773) 793-3196
dgoldberg@goldbergdefense.com

*Attorneys for Plaintiff Fred Tantalo, Jr.*

*\*Lead Counsel*