# VERIFIED RETURN OF SERVICE

Job # T261642

### Client Info:

Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL  32301

### Case Info:

| | |
|---|---|
| **PLAINTIFF:**<br>FRED TANTALO, JR.<br> -versus- | USDC FOR THE MIDDLE DISTRICT OF FLORIDA<br>Court Division: ORLANDO |
| **DEFENDANT:**<br>DEPUTY ANGEL BELTRAN; ET AL. | Court Case # **6:26-cv-01223-RBD-NWH** |

### Service Info:

**Received by Kristin Stryker: on June, 6th 2026** at **11:10 PM**
**Service:** I Served **DEPUTY ANGEL BELTRAN**
With: **SUMMONS; COMPLAINT**
by leaving with **DEPUTY ANGEL BELTRAN, PERSONALLY**

**At PLACE OF EMPLOYMENT 2601 E IRLO BRONSON MEMORIAL HWY KISSIMMEE, FL 34744**
On **6/23/2026** at **09:20 AM**
**Manner of Service: INDIVIDUAL**
F.S. 48.031(1) INDIVIDUAL SERVICE

### Served Description:  (Approx)

Age: **55**, Sex: **Male**, Race: **Hispanic**, Height: **5' 10"**, Weight: **180**, Hair: **Bald** Glasses:  **Yes**

I **Kristin Stryker** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

**Kristin Stryker**
Lic # **522**

**ACCURATE SERVE TALLAHASSEE**
400 CAPITAL CIRCLE SE SUITE 18291
Tallahassee, FL 32301

Client # T261642
Ref # ORL261851




1 of 1

INITIALS: KSP ID # 122 ff 2
DATE: 6/23/2026 TIME: 09:20 AM

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida    ▼

| | | |
|---|---|---|
| Fred Tantalo, Jr. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 6:26-cv-01223-RBD-NWH |
| Deputy Angel Beltran, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Deputy Angel Beltran
2601 E Irlo Bronson Memorial Hwy
Kissimmee, FL 34744

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  James Slater
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, GA 30345

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Maria Bobe

Date:  June 4, 2026

*Signature of Clerk or Deputy Clerk*