UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FRED TANTALO, JR.,

    Plaintiff,

v.                               CASE NO.:  6:26-cv-01223-RBD-NWH

DEPUTY ANGEL BELTRAN,
DEPUTY ALFRED TINEO,
DEPUTY CRISTIAN TORRES and
DEPUTY MICHAEL SHERTOSKI,
each in their individual capacities,

    Defendants.

_____/

## NOTICE OF LEAD COUNSEL DESIGNATION
## BY DEFENDANTS

Defendants Angel Beltran, Alfred Tineo, Cristian Torres and Michael Shertoski, by and through undersigned counsel, hereby designate Thomas W. Poulton as Lead Counsel in the above–entitled case and pursuant to Middle District of Florida Local Rule 2.02(a).

DATED this 14th day of July 2026.

/s/  Thomas W. Poulton
THOMAS W. POULTON, ESQ.
Florida Bar No.:  0083798
poulton@debevoisepoulton.com
Attorneys for Defendants Beltran, Tineo, Torres and Shertoski

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of July 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served via electronic mail to the following:  James M. Slater, Esq., *james@slater.legal*, Slater Legal PLLC, 2296 Henderson Mill Road NE, #116, Atlanta, Georgia  30345 and Darryl A. Goldberg, *dgoldberg@goldbergdefense.com*, Law Offices of Darryl A. Goldberg, 33 N. Dearborn St., Suite 1830, Chicago, Illinois 60602.

*s/  Thomas W. Poulton*
THOMAS W. POULTON, ESQ.
Florida Bar No.:  0083798
*poulton@debevoisepoulton.com*
JEFFREY K. GRANT, ESQ.
Florida Bar No.:  0091197
*grant@debevoisepoulton.com*
DeBEVOISE & POULTON, P.A.
1035 S. Semoran Boulevard, Suite 1010
Winter Park, Florida  32792
Telephone:  407-673-5000
Facsimile:   321-203-4304
Attorneys for Defendants Beltran, Tineo, Torres and Shertoski