UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FRED TANTALO, JR.,

    Plaintiff,

v.                                                      CASE NO.:  6:26-cv-01223-RBD-NWH

DEPUTY ANGEL BELTRAN,
DEPUTY ALFRED TINEO,
DEPUTY CRISTIAN TORRES and
DEPUTY MICHAEL SHEROTSKI,
each in their individual capacities,

    Defendants.

_____/

### Defendants' Notice of Pendency of Other Actions

    In accordance with Local Rule 1.07(c), I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

    **None.**

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:  July 28, 2026

        *s/  Thomas W. Poulton*
        THOMAS W. POULTON, ESQ.
        Florida Bar No.:  0083798
        *poulton@debevoisepoulton.com*
        DeBEVOISE & POULTON, P.A.
        1035 S. Semoran Boulevard, Suite 1010
        Winter Park, Florida  32792
        Telephone:  407-673-5000
        Attorneys for Defendants
        Beltran, Tineo, Torres and Sherotski

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of July 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served via electronic mail to the following:  James M. Slater, Esq., *james@slater.legal*, Slater Legal PLLC, 2296 Henderson Mill Road NE, #116, Atlanta, Georgia  30345 and Darryl A. Goldberg, *dgoldberg@goldbergdefense.com*, Law Offices of Darryl A. Goldberg, 33 N. Dearborn St., Suite 1830, Chicago, Illinois 60602.

*s/  Thomas W. Poulton*
THOMAS W. POULTON, ESQ.
Florida Bar No.:  0083798
*poulton@debevoisepoulton.com*
JEFFREY K. GRANT, ESQ.
Florida Bar No.:  0091197
*grant@debevoisepoulton.com*
DeBEVOISE & POULTON, P.A.
1035 S. Semoran Boulevard, Suite 1010
Winter Park, Florida  32792
Telephone:   407-673-5000
Facsimile:    321-203-4304
Attorneys for Defendants
Beltran, Tineo, Torres and Sherotski