UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FRED TANTALO, JR.,

     Plaintiff,

v.                                CASE NO.:  6:26-cv-01223-RBD-NWH

DEPUTY ANGEL BELTRAN,
DEPUTY ALFRED TINEO,
DEPUTY CRISTIAN TORRES and
DEPUTY MICHAEL SHEROTSKI,
each in their individual capacities,

     Defendants.

_____/

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANTS' RESPONSE TO AMENDED COMPLAINT, BY ALL DEFENDANTS

Defendants Angel Beltran, Alfred Tineo, Cristian Torres and Michael Sherotski, in their individual capacities, by and through undersigned counsel, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, move the Court for entry of an Order granting them an enlargement of time of ten days, to August 14, 2026, to file responsive pleadings to the Amended Complaint (Doc. 15), and state:

1.      On June 3, 2026, Plaintiff Fred Tantalo, Jr. filed a Complaint asserting §1983 and state law claims against four Defendants.  (Doc. 1.)

2.      On July 14, 2026, a motion was filed by undersigned counsel, on behalf of Defendants Beltran, Tineo, Torres, and Sherotski to enlarge the time for response

for Beltran and to set a common due date for a responsive pleading, to August 4, 2026. (Doc. 12).  That motion was granted the same day (Doc. 13).

3.      After consultation between counsel, Plaintiff filed an Amended Complaint on July 21, 2026, dropping two of the Defendants from Count I of the original complaint.  (Doc. 15).

4.      Undersigned counsel is reviewing the allegations of the Amended Complaint and background materials regarding the incident to determine whether separate representation might be required as to individual Defendants and, if so, designation of additional counsel for that purpose.

5.      This request for enlargement of time is made for good cause, in good faith, not for purposes of undue delay and will not prejudice the Plaintiff or the Court. No deadlines have been set in the case.  All counsel have scheduled an August 17, 2026, conference for purposes of a completing a Case Management Report.

6.      **Local Rule 3.01(g) Certification:** James Slater, Esq., counsel for Plaintiff, has been contacted regarding the relief requested in this Motion and has graciously agreed to the relief sought herein.

**WHEREFORE**, Defendants request a ten-day enlargement of time, to August 14, 2026, to respond to the Amended Complaint.

## MEMORANDUM OF LAW

Fed. R. Civ. P. 6(b)(1)(A) allows the Court for good cause to extend the time to respond to the amended complaint if the motion is made before the original time for response has expired.  Such an application for extension of time under Rule 6(b)(1)(A)

2

"normally will be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." Wright and Miller, §4B Fed. Prac. & Proc. Civ. § 1165 (4th ed).   The diligence of the moving party should be considered in determining whether there is good cause to extend a deadline. *Jozwiak v. Stryker Corp.*, No. 6:09-cv-1985-Orl-19GJK, 2010 WL 743834, at *2 (M.D. Fla. Feb. 26, 2010) (granting motion to extend to respond filed on due date of response).

Here, there is good cause to enlarge the time for responsive pleadings to the Amended Complaint to August 14, 2026, as it is necessary to evaluate whether individual Defendants may require separate representation.   There is no prejudice caused to any party or the Court by the granting of the motion as no deadlines have been set,  Counsel have worked together for purposes of filing an Amended Complaint and a scheduling conference amongst counsel is set for August 17, 2026.

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served via electronic mail to the following:  James M. Slater, Esq., *james@slater.legal*, Slater Legal PLLC, 2296 Henderson Mill Road NE, #116, Atlanta, Georgia  30345 and Darryl A. Goldberg, *dgoldberg@goldbergdefense.com*, Law Offices of Darryl A. Goldberg, 33 N. Dearborn St., Suite 1830, Chicago, Illinois 60602.

*s/  Thomas W. Poulton*
THOMAS W. POULTON, ESQ.
Florida Bar No.:  0083798
*poulton@debevoisepoulton.com*
JEFFREY K. GRANT, ESQ.
Florida Bar No.:  0091197
*grant@debevoisepoulton.com*
DeBEVOISE & POULTON, P.A.
1035 S. Semoran Boulevard, Suite 1010
Winter Park, Florida  32792
Telephone:   407-673-5000
Facsimile:    321-203-4304
Attorneys for Defendants
Beltran, Tineo,  Torres and Sherotski

4