UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FRED TANTALO, JR.,

Plaintiff,

v. CASE NO.: 6:26-cv-01223-RBD-NWH

DEPUTY ANGEL BELTRAN,
DEPUTY ALFRED TINEO,
DEPUTY CRISTIAN TORRES and
DEPUTY MICHAEL SHEROTSKI,
each in their individual capacities,

Defendants.
_________________________________/

**NOTICE OF MEDIATION**

Pursuant to the Court's Case Management and Scheduling Order dated August 20, 2026 (Doc. 23), the parties advise that they have conferred and agree to a mediation on October 19, 2027, at 1:30 p.m., via Zoom video conference with mediator Gregory Miles, Mediate First, 200 E. Robinson Street, Suite 700, Orlando, Florida 32801.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of September 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: James M. Slater, Esq., *james@slater.legal*, Slater Legal PLLC, 2296 Henderson Mill Road NE, #116, Atlanta, Georgia 30345 and Darryl A. Goldberg, *dgoldberg@goldbergdefense.com*, Law Offices of Darryl A. Goldberg, 33 N. Dearborn St., Suite 1830, Chicago, Illinois 60602.

*s/ Thomas W. Poulton*
THOMAS W. POULTON, ESQ.
Florida Bar No.: 0083798
*poulton@debevoisepoulton.com*
JEFFREY K. GRANT, ESQ.
Florida Bar No.: 0091197
*grant@debevoisepoulton.com*
DeBEVOISE & POULTON, P.A.
1035 S. Semoran Boulevard, Suite 1010
Winter Park, Florida 32792
Telephone: 407-673-5000
Facsimile: 321-203-4304
Attorneys for Defendants
Beltran, Tineo, Torres and Sherotski